# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32645

————————————

### UNITED STATES
*Appellee*

**v.**

### Bradley J. BRUNER
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 7 August 2020

————————————

*Military Judge:* Christopher M. Schumann.

*Sentence:* Sentence adjudged on 13 December 2019 by SpCM convened at Eielson Air Force Base, Alaska. Sentence entered by military judge on 7 January 2020: Bad-conduct discharge, confinement for 30 days, and a reprimand.

*For Appellant:* Major Rodrigo M. Caruço, USAF.

*For Appellee*: Mary Ellen Payne, Esquire.

Before MINK, KEY, and ANNEXSTAD, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d).

*Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the approved findings and sentence are **AFFIRMED**.[1,2]

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

[1] We note the Statement of Trial Results in this case failed to include the command which convened the court-martial as required by Rule for Courts-Martial (R.C.M.) 1101(a)(3). Appellant has made no claim of prejudice and we find none. *See United States v. Moody-Neukom,* No. ACM S32594, 2019 CCA LEXIS 521, at \*2–3 (A.F. Ct. Crim. App. 16 Dec. 2019) (per curiam) (unpub. op.).

[2] We note the entry of judgment failed to address the nature of the Appellant's request for deferment of automatic forfeitures and the convening authority's action on the request, as required by R.C.M. 1111(b)(3)(A). Appellant has made no claim of prejudice and we find none.